**Opinion issued April 11, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00043-CV

———————————

## JENNIFER MELLOTT, Appellant

## V.

## HACDC, Appellee

---

### On Appeal from the County Civil Court at Law No. 1
### Harris County, Texas
### Trial Court Cause No. 1120365

---

## MEMORANDUM OPINION

Appellant, Jennifer Mellott, has failed to timely file her appellate brief. *See*

TEX. R. APP. P. 38.6(a)(1), (d), 38.8(a)(1). The Clerk of this Court's March 13, 2019

notice warned appellant that her deadline to file her appellant's brief had expired and

that her appeal was subject to dismissal if she failed to timely file her appellant's

brief or an extension within 10 days of the date of that notice. *See* TEX. R. APP. P. 38.6(d), 38.8(a)(1), 42.3(b). Appellant failed to timely file a brief or request an extension. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file an appellant's brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.